Dismissed and Memorandum Opinion filed November 5, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00722-CV

____________

 

MICHAEL LINDSAY, INDEPENDENT EXECUTOR OF THE ESTATE OF
MARK F. KAY, DECEASED, Appellant

 

V.

 

AMERICAN GENERAL LIFE INSURANCE COMPANY, Appellee

 



On Appeal from the
Probate Court No. 4

Harris County,
Texas

Trial Court Cause
No. 380205-401



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed July 23, 2009.  On October 19, 2009, appellant
filed a motion to dismiss the appeal stating he no longer wishes to pursue the
appeal.   See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Frost, and Brown.